UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARL POWELL, CHRISTINA GAST, and ELIJHA GONZALEZ, as individuals and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WALMART, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20cv2412-BEN-LL<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO EXCUSE PLAINTIFFS FROM PERSONALLY ATTENDING THE EARLY NEUTRAL EVALUATION**<br><br>**[ECF No. 21]** |

　　　　Currently before the Court is a motion filed by Plaintiffs requesting that the Court excuse Plaintiffs from personally attending the video conference Early Neutral Evaluation ("ENE") on April 9, 2021. ECF No. 21. In support, Plaintiffs state that they are hourly workers, and their attendance would impose an "unjustifiable hardship on Plaintiffs and their families." Id. at 3. Plaintiffs further contend that they are entrusting their counsel to negotiate in the class's best interest, and if necessary, Plaintiffs will be available by telephone. Id.

　　　　Although the Court is sympathetic to Plaintiffs' circumstances, the Court does not find good cause to excuse their personal appearances at the video conference ENE. As the named Plaintiffs initiating this putative class action, Plaintiffs are required to personally

attend the ENE. ECF No. 20 at 2 ("All parties, adjusters for insured parties, and other representatives of a party having full and complete authority to enter into a binding settlement, and the principal attorneys responsible for the litigation, must be present on the video conference and legally and factually prepared to discuss settlement of the case."). The Court's chambers rules state that "[t]he Court will not grant requests to excuse a required party from personally appearing [at an ENE] absent extraordinary circumstances." Civil Chambers Rules of the Honorable Linda Lopez Section II.B; see also ECF No. 20 at 2. The Court believes that the presence of all parties is critical to the possibility of a successful settlement. Accordingly, the Court **DENIES** Plaintiff's motion.

**IT IS SO ORDERED**.

Dated:  April 1, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge