UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARL POWELL, CHRISTINA GAST, ELIJHA GONZALEZ, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC., et al.,<br><br>Defendants. | Case No.: 20cv2412-BEN-LL<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

On April 9, 2021, the Court held an Early Neutral Evaluation Conference ("ENE") in the above-entitled action. Settlement of the case could not be reached during the ENE and the Court therefore conducted a Case Management Conference pursuant to Rule 16.1(d) of the Local Rules. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED:**

1. The parties must file a joint motion for a protective order, which includes the terms of their agreement for handling confidential documents and information no later than **April 23, 2021**.

///

2.     Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **June 8, 2021**.

3.     On **June 17, 2021** at **11:30 a.m. PST**, the magistrate judge will hold a telephonic, attorneys-only settlement conference to discuss the status of settlement negotiations and discovery.  The Court will host the conference call. Counsel shall use the dial-in information that will be filed by the Court as a separate notice on the docket. <u>The notice will be restricted to case participants only (i.e., counsel of record)</u>.

4.     Any motion for class certification must be filed on or before **October 12, 2021**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Failure of counsel to timely request a motion hearing date may result in the motion not being heard.

5.     The Parties are ordered to contact the chambers of Judge Lopez within three days of the Court's ruling on the motion for class certification to request an order setting the remainder of the pretrial schedule.

6.     The parties must review the chambers' rules for the assigned district judge and magistrate judge.

7.     The dates and times set forth herein will not be modified except for good cause shown.

8.     Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

/ / /

/ / /

/ / /

/ / /

/ / /

9. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: April 9, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge