UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARL POWELL, CHRISTINA GAST, ELIJHA GONZALEZ, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC., et al.,<br><br>Defendants. | Case No.: 20cv2412-BEN-LL<br><br>**ORDER RE SHOW CAUSE HEARING ON APRIL 15, 2021** |

On April 9, 2021, the Court convened a video conference Early Neutral Evaluation Conference. ECF No. 24. Plaintiff Elijha Gonzalez failed to appear. Accordingly. the Court ordered Mr. Gonzalez to appear before the undersigned magistrate judge on **April 15, 2021** at **1:30 p.m.** to show cause why sanctions should not be imposed for failing to follow this Court's order. ECF No. 25. The Court also ordered Mr. Gonzalez to file a declaration regarding his failure to appear and the possible imposition of sanctions. Id. Mr. Gonzalez timely filed a declaration on April 12, 2021. ECF No. 27.

/ / /

/ / /

/ / /

After reviewing the declaration, the Court declines to impose sanctions on Mr. Gonzalez and hereby **VACATES** the April 15, 2021 show cause hearing.

**IT IS SO ORDERED.**

Dated: April 12, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge