UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARL POWELL, CHRISTINA GAST, and ELIJHA GONZALEZ, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC.; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 20-CV-2412 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR AMENDMENT OF BRIEFING AND HEARING ON MOTION FOR CLASS CERTIFICATION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(ECF No. 57) |

    Presently before the Court is the Parties' Joint Motion for Amendment of Briefing and Hearing on Motion for Class Certification and Motion for Judgment on the Pleadings (ECF No. 57). The Parties submit that there is good cause to continue the briefing and hearing on these motions because the Parties are scheduled to attend private mediation on June 14, 2022, they wish to conserve their time and resources and focus on attempting to resolve this case at mediation. Good cause appearing, the Court **GRANTS** the Joint Motion.

The Court **AMENDS** the briefing schedule on Plaintiffs' Motion for Class Certification (ECF No. 55) as follows: Defendants **SHALL** file a response to the Motion on or before July 21, 2022, and Plaintiffs **MAY** file a reply in support of the Motion, on or before July 28, 2022. The Court **CONTINUES** the hearing on this matter to 1:30 p.m. on August 11, 2022.

The Court **AMENDS** the briefing schedule on Defendants' Motion for Judgment on the Pleadings (ECF No. 54) as follows: Plaintiffs **SHALL** file a response to the Motion on or before July 21, 2022, and Defendants **MAY** file a reply in support of the Motion, on or before July 28, 2022. The Court **CONTINUES** the hearing on this matter to 1:30 p.m. on August 11, 2022.

**IT IS SO ORDERED.**

Dated: May 4, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge