UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARL POWELL, CHRISTINA GAST, and ELIJHA GONZALEZ, as individuals and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>WALMART, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC.; and DOES 1 through 50, inclusive<br><br>  Defendants. | Case No.: 20-CV-2412 JLS (MSB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO VACATE ALL DATES AND STAY CASE PENDING APPROVAL OF CLASS ACTION SETTLEMENT; (2) DENYING WITHOUT PREJUDICE MOTIONS FOR JUDGMENT ON THE PLEADINGS AND CLASS CERTIFICATION; AND (3) STAYING MATTER PENDING CLASS ACTION SETTLEMENT APPROVAL IN RELATED ACTION**<br><br>(ECF Nos. 54, 55 & 63) |

Presently before the Court is Plaintiffs Dearl Powell, Christina Gast, and Elijha Gonzalez's (collectively, "Plaintiffs") and Defendants Walmart, Inc.; Wal-Mart Associates, Inc.; and Wal-Mart Stores, Inc.'s (collectively, "Defendants") Joint Motion to Vacate All Dates and Stay Case Pending Approval of Class Action Settlement ("Joint Mot.," ECF No. 63). The Parties submit that they have reached a global settlement of this action and a related action in the Central District of California: *Mejia v. Walmart Inc.*, No.

5:22-CV-00970-AB (C.D. Cal.). Joint Mot. at 3.[1]  The Parties intend to seek approval of the class action settlement through the *Mejia* action. *Id.*  If the settlement is approved, the Parties intend to file a stipulation to dismiss this action. *Id.*  Accordingly, the Parties request that the Court vacate all dates with respect to Plaintiffs' Motion for Class Certification (ECF No. 55) and Defendants' Motion for Judgment on the Pleadings (ECF No. 54) (collectively, the "Pending Motions") and stay the case pending the class action settlement approval process in *Mejia*. *Id.*

Good cause appearing, the Court **GRANTS** the Parties' Joint Motion.  In light of the settlement and the Parties' intention to seek approval thereof in the *Mejia* action, rather than vacate the dates and deadlines affiliated with the Pending Motions, the Court instead **DENIES** the Pending Motions (ECF Nos. 54, 55) **WITHOUT PREJUDICE** to their renewal in the future, as necessary.  Further, the Court **STAYS** this case pending approval of the Parties' class action settlement agreement in *Mejia*.  The Parties **SHALL FILE** a joint status report, not to exceed five (5) pages in length, <u>within ten (10) days</u> of the date of the order granting or denying approval of the class action settlement in *Mejia*.

IT IS SO ORDERED.

Dated:  October 11, 2022

Hon. Janis L. Sammartino
United States District Judge

---

[1] Pin citations to the Joint Motion refer to the CM/ECF page numbers electronically stamped at the top of each page.